# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLI RX, LLC, AMERISOURCEBERGEN CORP., AMERISOURCEBERGEN DRUG CORP., H.D. SMITH, LLC, VALLEY WHOLESALE DRUG CO., LLC, (Subsidiary of H.D. Smith, LLC), CARDINAL HEALTH, INC., CARDINAL HEALTH P.R. 120, INC., THE HARVARD DRUG GROUP, L.L.C., CARDINAL HEALTH 110 LLC, McKESSON CORPORATION, BURLINGTON DRUG COMPANY, INC., DAKOTA DRUG, INC., NORTH CAROLINA MUTUAL WHOLESALE DRUG COMPANY, J.M. SMITH CORPORATION, doing business as "SMITH DRUG COMPANY," VALUE DRUG COMPANY, and PRESCRIPTION SUPPLY, INC., <br>　　　　　Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE LLC, formerly known as "SMITHKLINE BEECHAM CORPORATION," and doing business as "GLAXOSMITHKLINE," TEVA PHARMACEUTICAL INDUSTRIES LTD., and TEVA PHARMACEUTICALS USA, INC., <br>　　　　　Defendants. | CIVIL ACTION <br><br> NO.  23-429 |

## ORDER

**AND NOW**, this 30th day of May, 2023, upon consideration of Defendants' joint Motion to Transfer (ECF Nos. 28 & 44) and any response and opposition thereto, it hereby **ORDERED** that the Motion to Transfer is **GRANTED**.  Consistent with this Order, the Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the District of New Jersey.

It is further **ORDERED** that upon consideration of Defendants' joint Motion to Stay (ECF Nos. 30 & 44) and any response and opposition thereto, the Motion to Stay is **DENIED** as moot.[1]

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge

_____

**HODGE, KELLEY B., J.**

---

[1] Having already determined that a venue transfer is appropriate, the Court denies Defendants' Motion to Stay as moot.